NOTIFICATION OF FILING OF CLAIM BY
UNLISTED CREDITOR OR ADDRESS CHANGE


RE:  08-80712 CIBOTH

FROM:  Chapter 13 Office – Durham Division

DATE:  June 3, 2008


Unlisted creditor to be added to the creditor database due to a claim being filed by the creditor:
ECAST SETTLEMENT CORPORATION
P O BOX 35480
NEWARK NJ 07193-5480




Change of address for a listed creditor:

Formerly:




Currently: